UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:

Thomas Conroy O'Donnell, III and        Case No.:  6:19-bk-00423-KSJ
Theresa Christine O'Donnell,              Chapter 7

              Debtors.
_____/

**UNITED STATES TRUSTEE'S MOTION TO COMPEL DEBTORS
TO PRODUCE DOCUMENTS REQUESTED AND APPEAR FOR
EXAMINATION PURSUANT TO NOTICE OF RULE 2004 EXAMINATION**

**NOTICE OF OPPORTUNITY TO
OBJECT AND REQUEST FOR HEARING**

Pursuant to Local Rule 2002-4, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 14 days from the date set forth on the attached proof of service, plus an additional three days for service if any party was served by U.S. Mail.

If you object to the relief requested in this paper, you must file a response with the Clerk of the Court at George C. Young Federal Building and Courthouse, 400 West Washington Street, Suite 5100, Orlando, Florida 32801, and serve a copy on the movant's attorney, Audrey May Aleskovsky, Trial Attorney, Department of Justice, Office of U.S. Trustee, George C. Young Federal Building and Courthouse, 400 West Washington Street, Suite 1100, Orlando, Florida 32801, and any other appropriate persons within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief without a hearing.

If you do not file a response within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, will proceed to consider the paper without further notice or hearing, and may grant the relief requested.

        Daniel M. McDermott, the United States Trustee for Region 21 ("UST"), by and

through his undersigned counsel, hereby moves this Court for entry of an order compelling

the pro se Debtors, Thomas Conroy O'Donnell, III and Theresa Christine O'Donnell, to

produce documents previously requested and appear for a Rule 2004 examination and in support thereof states:

1. On January 22, 2019, the Debtors filed a voluntary petition under chapter 7 of the United States Bankruptcy Code, thereby initiating the instant case.

2. On March 20, 2019 the UST filed a Notice of Examination of Debtors Pursuant to Rule 2004 (*duces tecum*) (Doc. No. 21; "Notice of Rule 2004 Examination") scheduling a Rule 2004 examination for April 17, 2019 and requesting numerous documents to be produced by April 11, 2019. [1] Exhibit A attached to the Notice of Rule 2004 Examination provided the list of the financial records requested. The same itemization is attached to this Motion as Exhibit A.

3. Prior to the filing of the Notice of Rule 2004 Examination, a representative of the Office of the United States Trustee sent several informal requests to the Debtors and did not receive any of the requested information or documents.

4. As of the filing of this Motion, the Debtors have not produced the requested documents.

5. On April 16, 2019, the Court held a hearing in this case on its Order to Show Cause (Doc. No. 19), at which the Court permitted the UST to file this motion on negative notice with a 14-day response deadline. (Doc. No. 26.)

6. The Debtors did not appear for the Rule 2004 examination held on April 17, 2019. On April 18, 2019, the UST filed a Notice of Filing Certificate of Non-Appearance (Doc. No. 27).

---

[1] Pursuant to Local Rule 2004-1(b), a court order is not necessary to authorize an examination pursuant to Fed. R. Bankr. P. 2004 or to require production of documents at the examination. Local Rule 2004-1(f) states that "[n]o subpoena is necessary to compel the attendance of, or the production of documents by, the debtor at an examination of the debtor."

7.      The UST has not been provided any reason that would excuse the Debtors' failure to timely provide the requested financial records or appear for the Rule 2004 examination.

WHEREFORE, the UST respectfully requests that this Court enter an order compelling the Debtors to (i) provide the requested documents, which are identified on Exhibit A, by a date certain; (ii) attend a continued Rule 2004 Examination; and grant such other and further relief as the Court deems appropriate.

DATED:    April 18, 2019.            Respectfully Submitted,

Daniel M. McDermott
United States Trustee, Region 21

*/s/  Audrey May Aleskovsky*
Audrey May Aleskovsky, Trial Attorney
United States Department of Justice
Office of the United States Trustee
Florida Bar No.: 103236
George C. Young Federal Building and Courthouse
400 W. Washington Street, Suite 1100
Orlando, FL 32801
Telephone No.: (407) 648-6301, Ext. 130
Facsimile No.: (407) 648-6323
audrey.m.aleskovsky@usdoj.gov

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 18, 2019, I have caused a true and correct copy of the foregoing Motion to be served through CM/ECF on parties having appeared electronically in the instant matter and by U.S. Mail on the following:

Mr. Thomas Conroy O'Donnell, III and
Mrs. Theresa Christine O'Donnell
1705 Massachusetts Avenue
Saint Cloud, FL 34769

                                            */s/ Audrey May Aleskovsky*
                                            Audrey May Aleskovsky, Trial Attorney